| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg  MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    TYRONE MATTOX |



Order Filed on October 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-22667

Judge:  ROSEMARY GAMBARDELLA

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: October 13, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): TYRONE MATTOX

Case No.: 15-22667RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of GREEN TREE SERVICING LLC, Court Claim Number 2, be modified to amount paid to date through the plan by the Standing Trustee; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.