| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 13, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    TYRONE MATTOX | Case No.:  15-22667<br><br>Judge:  ROSEMARY GAMBARDELLA |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: October 13, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:  15-22667RG

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

    ORDERED, that the claim of GREEN TREE SERVICING LLC, Court Claim Number 2, be modified to  amount paid to date through the plan by the Standing Trustee; and it is further

    ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-22667-RG
Tyrone Mattox                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
db             +Tyrone Mattox,    224 Wainwright St,,    Newark, NJ 07112-1227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Harvey I. Marcus    on behalf of Debtor Tyrone  Mattox him@lawmarcus.com
      Marie-Ann  Greenberg     magecf@magtrustee.com
      Miriam  Rosenblatt    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
       bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
      Miriam  Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
       mrosenblatt@rasflaw.com
      Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
      Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
       dnj@pbslaw.org
      William M. E. Powers, III    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Allquest Home Mortgage Corporation
       ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com
                                                            TOTAL: 11