UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
45476
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TYRONE MATTOX

Case No.: 15-22667
Adv. No.:

Hearing Date: 2-7-18

Judge: RG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED:** March 9, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Tyrone Mattox**
**15-22667(RG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, with the appearance of Harvey Marcus, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services is the holder of a first purchase money security interest encumbering a 2011 Cadillac CTS bearing vehicle identification number 1G6DC5EY4B0169156 (hereinafter the "vehicle").

2. The debtor shall make all retail installment contract payments to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services when due, being the 27th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.