Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

                UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

| | |
|---|---|
| Tyrone Mattox, | Case No. 15-22667 RG |
|        Debtor(s). | |
| _____ | |
| | Response to |
| | Limited Objection of Trustee |
| | To Application for Retention |
| | of Professional |
| | |
| | Hearing: |

Harvey I Marcus does hereby state:

     1. I am the attorney for Debtor and as such am familiar with the matters and things herein set forth.
     2. The form of Order has been revised and emailed to Chambers with copy of the email to all parties.
     3. An amended certification of service has been filed and service has been made.
     3. The limited objection has been satisfied.

     I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

     Dated: June 22, 2018        /s/Harvey I Marcus
                                           Harvey I Marcus