Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

                                          Case No. 15-22667 RG

Tyrone Mattox
            Debtor(s).


_____

                                       Certification in support of
                                       Notice of Motion by Debtor(s)
                                       To Settle Controversy

                                 Hearing Date: July 18, 2018 10:30 am

Beth Halperin, Esq.  does hereby certify as follows:

1. I am an **a**ttorney with The Rothenberg Law Firm, LLP, the special counsel for Debtor(s) in the within matter and as such am fully familiar with the facts set forth herein.

2. The personal injury claim was settled, subject to the approval of this court, for the gross sum of $80,000.00.  After payment of attorney fees and costs and medical expenses, the net recovery for debtor is $51,944.41. The injuries to Tyrone Mattox resulted from an automobile collision wherein the garbage truck owned by the settling Releasee entered 21 First Street, Irvington, NJ from its depot and struck the vehicle which Tyrone Mattox was driving.

3. In my opinion the settlement is fair and reasonable in all the circumstances of the case.

I(we) certify that the foregoing statements made by me(us) are true. I (We) are aware that if any of the statements contained herein are willfully false I (we) are subject to punishment

/s/  Beth Halperin, Esq.                                    Dated: June 26, 2018
Barbara Rothenberg, Esq.