UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Harvey I. Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s).

Order Filed on July 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tyrone Mattox
Debtor.

Case No.: 15-22667

Chapter: 13

Judge: Gambardella

## ORDER AUTHORIZING RETENTION OF

The Rothenberg Law Firm

The relief set forth on the following page is **ORDERED**.

**DATED: July 18, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __The Rothenberg Law Firm__
as _____special counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  The Rothenberg Law Firm, LLP
    811 Church Road
    Cherry Hill, NJ 08002

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Tyrone Mattox  
    Debtor

Case No. 15-22667-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 20, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.  
db         +Tyrone Mattox,    224 Wainwright St,,    Newark, NJ 07112-1227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Harvey I. Marcus    on behalf of Debtor Tyrone Mattox him@lawmarcus.com  
       John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Miriam Rosenblatt    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
       Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
       Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org  
       Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC dnj@pbslaw.org  
       William M. E. Powers, III    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com  
       William M.E. Powers    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    Allquest Home Mortgage Corporation ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com  
                                   TOTAL: 12