UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-797-5500
Fax. 888-565-0403
Attorney for Debtor(s)

In Re:
Tyrone Mattox
         Debtor(s).

FILED
JEANNE A. NAUGHTON, CLERK
JUL 27 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No. 15-22667

Adv. No.

Hearing Date: July 18, 2018 10:30 am

Judge: Rosemary Gambardella

## ORDER
### Authorizing Debtor to Settle Controversy

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

7-27-18    /s/ Rosemary Gambardella
               USBJ

04/08/02

(Page 2)

1

Debtor: Tyrone Mattox
Case No: 15-22667
Caption of Order: Order Authorizing Debtor to settle controversy

The Court having considered the motion of Debtor(s), and good cause appearing, it is

**ORDERED** that:

1. Debtor is authorized to settle the controversy with F. Basso Jr Rubbish Removal Services and Allianz Insurance Company for the gross sum of $80,000.00.

2. Debtor's special counsel is authorized to disburse the legal fees and expenses to special counsel in the amount of $26,896.66 and to disburse the expenses in the amount of $1,158.71 as set forth on the Settlement Memorandum attached to the moving papers.

3. The net proceeds of the settlement in the amount of $51,944.41 shall be disbursed by special counsel first to Marie-Ann Greenberg, Standing Chapter 13 Trustee in payment in full of the Balance to Complete the within Chapter 13 case and second to the debtor.