UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-797-5500
Fax. 888-565-0403
Attorney for Debtor(s)

In Re:
Tyrone Mattox
     Debtor(s).

**FILED**
JEANNE A. NAUGHTON, CLERK
JUL 27 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No. 15-22667

Adv. No.

Hearing Date: July 18, 2018 10:30 am

Judge: Rosemary Gambardella

## ORDER
### Authorizing Debtor to Settle Controversy

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

7-27-18  /s/ Rosemary Gambardella
     USBJ

04/08/02

(Page 2)

1

Debtor: Tyrone Mattox
Case No: 15-22667
Caption of Order: Order Authorizing Debtor to settle controversy

The Court having considered the motion of Debtor(s), and good cause appearing, it is

**ORDERED** that:

1. Debtor is authorized to settle the controversy with F. Basso Jr Rubbish Removal Services and Allianz Insurance Company for the gross sum of $80,000.00.

2. Debtor's special counsel is authorized to disburse the legal fees and expenses to special counsel in the amount of $26,896.66 and to disburse the expenses in the amount of $1,158.71 as set forth on the Settlement Memorandum attached to the moving papers.

3. The net proceeds of the settlement in the amount of $51,944.41 shall be disbursed by special counsel first to Marie-Ann Greenberg, Standing Chapter 13 Trustee in payment in full of the Balance to Complete the within Chapter 13 case and second to the debtor.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Tyrone Mattox  
    Debtor

Case No. 15-22667-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 30, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.  
db        +Tyrone Mattox,    224 Wainwright St,,    Newark, NJ 07112-1227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Harvey I. Marcus    on behalf of Debtor Tyrone Mattox him@lawmarcus.com  
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Miriam Rosenblatt    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
          Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
          Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org  
          Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC dnj@pbslaw.org  
          William M. E. Powers, III    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com  
          William M.E. Powers    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Creditor    Allquest Home Mortgage Corporation ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com  
          TOTAL: 12