**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tyrone Mattox <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9376 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–22667–RG | |

## Order of Discharge                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tyrone Mattox

12/10/18                                         **By the court:** Rosemary Gambardella
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-22667-RG
Tyrone Mattox                                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2            Date Rcvd: Dec 10, 2018
                             Form ID: 3180W           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db           +Tyrone Mattox,    224 Wainwright St,,    Newark, NJ 07112-1227
515607658    +Allied Mort/dovenmuehl,    1 Corporate Dr,   Lake Zurich, IL 60047-8944
515629636    +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,   Po Box 8053,
              Mason, OH 45040-8053
515838874    +Dovenmuehle Mortgage, Inc.,    Powers Kirn, LLC,   P.O. Box 848,   Moorestown, NJ 08057-0848
515607666    +Powers Kirn, LLC,   728 Marne Highway, Ste 200,   Moorestown, NJ 08057-3128
515607667     State of New Jersey,    PO Box 245,   Trenton, NJ 08602-0245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 11 2018 00:06:59     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 11 2018 00:06:53     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr            E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 00:06:28
              Ditech Financial LLC f/k/a Green Tree Servicing LL,   PO Box 6154,
              Rapid City, SD 57709-6154
cr            E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 00:06:28     Green Tree Servicing LLC,
              P.O. Box 6154,   Rapid City, SD 57709-6154
cr           +EDI: WFFC.COM Dec 11 2018 04:40:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
              1451 Thomas Langston Rd.,   Winterville, NC 28590-8872
515607660    +EDI: CAPITALONE.COM Dec 11 2018 04:40:00     Capital One,   Pob 30281,
              Salt Lake City, UT 84130-0281
515607659    +EDI: CAPITALONE.COM Dec 11 2018 04:40:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
              Salt Lake City, UT 84130-0285
515715522     EDI: CAPITALONE.COM Dec 11 2018 04:40:00     Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC 28272-1083
515607661    +EDI: TSYS2.COM Dec 11 2018 04:40:00     Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
515607663    +EDI: RMSC.COM Dec 11 2018 04:40:00     GECRB/Amazon,   Po Box 965015,   Orlando, FL 32896-5015
515607662    +EDI: RMSC.COM Dec 11 2018 04:40:00     GECRB/Amazon,   Attn: Bankruptcy,   Po Box 103104,
              Roswell, GA 30076-9104
515649848     E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 00:06:28     Green Tree Servicing LLC,
              PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
515607664    +E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 00:06:28     Green Tree Servicing L,
              Po Box 6172,   Rapid City, SD 57709-6172
515607665    +EDI: IRS.COM Dec 11 2018 04:40:00     Internal Revenue Service,
              Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
515707957    +EDI: MID8.COM Dec 11 2018 04:39:00     Midland Credit Management, Inc,
              as agent for Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
515668401     EDI: WFNNB.COM Dec 11 2018 04:40:00     Wells Fargo Bank N.A.,,
              d/b/a Wells Fargo Dealer Services,   P.O. Box 19657,   Irvine, CA 92623-9657
515607669    +EDI: WFFC.COM Dec 11 2018 04:40:00     Wfs Financial/Wachovia Dealer Srvs,   Po Box 1697,
              Winterville, NC 28590-1697
515607668    +EDI: WFFC.COM Dec 11 2018 04:40:00     Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,
              Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2            User: admin                 Page 2 of 2                   Date Rcvd: Dec 10, 2018
                                Form ID: 3180W              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Tyrone  Mattox him@lawmarcus.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Miriam  Rosenblatt    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
              William M. E. Powers, III    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Dovenmuehle Mortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Allquest Home Mortgage Corporation
               ecf@powerskirn.com
                                                                                             TOTAL: 12
```